IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALEB QUESENBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:16cv66 |
| | ) |
| SOUTHERN ELEVATOR | ) |
| COMPANY, INC., | ) |
| | ) |
| NORTHERN MANAGEMENT | ) |
| SERVICES, INC., | ) |
| | ) |
| & | ) |
| | ) |
| L. CRUZ, | ) |
| | ) |
| Defendants. | ) |

MOTION TO REMAND

COMES NOW the plaintiff, by counsel, and moves this Court for entry of an order remanding this case back to state court, for the reasons stated in the attached Memorandum in Support of Motion to Remand.

Respectfully submitted,

**CALEB QUESENBERRY**

By:_____s/ D. Adam McKelvey\_\_\_\_\_
of Counsel

D. Adam McKelvey, Esquire (Va. State Bar No. 75174)
CRANDALL & KATT
Attorneys and Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

*Counsel for plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of filing to the following:

Macel Janoschka, Esq.
Frith, Anderson & Peake
PO Box 1240
Roanoke, VA 24006

Scott Fell, Esq.
KPM Law
2840 Electric Rd # 111
Roanoke, VA 24018

                 _____s/D. Adam McKelvey_____
                   D. Adam McKelvey